IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01564
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CLOVIS CARL GREEN,

      Plaintiff,

v.

U. S. DISTRICT COURT JUDGE ZITA L. WEINSHIENK,
JOE ORTIZ,
MS. CATHIE HOLST,
ANTHONY A. DECESARO,
KEVIN MILYARD,
GARY GOLDER,
MS. CAROL SOARES,
MS. JOAN M. SCHOEMAKER,
JAMES E. ABBOTT,
LIEUTENANT KENNETH TOPLISS,
SERGEANT CARL WEBB,
SERGEANT DENNIS RIVERA,
LIEUTENANT ROBERT FAZZINO, and
DANIEL END,

      Defendants.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DISMISSING THE ACTION

---

Plaintiff Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado. Mr. Green has submitted to the Court *pro se* a letter to the clerk of the Court, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a document titled "Petition Pursuant to Court

Order Seeking Leave to File a *Pro Se* Complaint," a motion titled "Motion to Disqualify U.S. District Court Judge Zita L. Weinshienk," a motion titled "Motion for Special Court Order to Direct and Order Defendants to Make Photocopies of Lawsuit and Motions for the Plaintiff," a motion titled "Plaintiff's Motion for Special Court Order," and a copy of Modified Appendix B in *Green v. Price*, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this order. For the reasons stated below, the action will be dismissed.

Mr. Green has been enjoined permanently from filing any *pro se* civil complaints in this Court without first obtaining leave of Court to proceed *pro se*. *See* Modified Appendix B in No. 95-mc-00009-DBS. In order to obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" that includes the information specified in the sanction order. While he has submitted the required petition, he has failed to submit, as required by Modified Appendix B, an affidavit in proper legal form and a complaint listing the claim or claims he seeks to file in this Court. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the action is dismissed without prejudice because Plaintiff has failed to comply with the order enjoining him from filing *pro se* actions. It is

FURTHER ORDERED that any pending motions are denied as moot. It is

2

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this  8  day of  August , 2006.

BY THE COURT:

*[signature]*
WILEY Y. DANIEL, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-01564

Clovis Carl Green
Prisoner No. 69277
CTCF
P.O. Box 1010
Canon City, CO 81215-1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8-9-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk